UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
JUN 28 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § § | |
| vs § § | |
| JUAN FRANCISCO D'LUNA-BILBAO, § § § § § | Case Number: **5:22-MJ-00963-1-EC** |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Cynthia Hujar Orr , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 28th day of June, 2022.

_____
Elizabeth Chestney
U.S. Magistrate Judge