UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| vs | § § § | |
| JUAN FRANCISCO D'LUNA-BILBAO, | § § | Case Number: **5:22-MJ-00963-1-EC** |
| *Defendant* | § § § § | |

### ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Shannon W Locke, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 29th day of June, 2022.

_____
Elizabeth Chestney
U.S. Magistrate Judge