UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | No.: SA:22-M -00963(1) |
| (1) JUAN FRANCISCO D'LUNA-BILBAO<br>*Defendant* | §<br>§ | |

ORDER **RESETTING** DETENTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **10:00 AM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX** on **Monday, August 01, 2022.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **30th day of June, 2022.**

_____
**ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE**

WAIVER OF PRELIM FILED 6/30 (AEJ)